**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:                                                             Case No.19-33434-WRS
LEON LETERRI PERRYMAN                           Chapter 13
2102 ZELDA PLACE APT D
PRATTVILLE, AL 36066

Debtor

---

## Order Releasing Wages

---

    The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                                   CORNER INDUSTRIES INC
                                   ATTN PAYROLL
                                   3800 SANDSHELL DR STE 235
                                   FT WORTH, TX  76137

    The above employer is authorized to pay all future wages to the debtor.

    Done this Wednesday, March 2, 2022.

                                                            ***/s/ William R. Sawyer***
                                                           William R. Sawyer
                                                           United States Bankruptcy Judge

cc:  Leon Leterri Perryman