# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                Case No. 19–33434
                                                                     Chapter 13
Leon Leterri Perryman ,

     Debtor.

## ORDER OF DISMISSAL

     A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to L.B.R. 1017–1, Bankr. M.D. Ala. or L.B.R. 1006–1, Bankr. M.D. Ala. The deficiencies listed on the notice of dismissal have not been cured nor has a response been filed. It is therefore,

     **ORDERED** that this case is **DISMISSED**.

     All pending motions and objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee. Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

Dated October 18, 2022

                                                     Christopher L Hawkins
                                                     United States Bankruptcy Judge